METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. UNION TRUST COMPANY OF ROCHESTER, Defendant, and ABSTRACT TITLE & MORTGAGE CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

KARYOL BALSER, an Infant, by JOHN C. BALSER, Her Guardian ad Litem, Appellant, v. GEORGE J. GAMMEL and Others, Doing Business under the Firm Name and Style of the NEW ARIEL THEATRE, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

JOHN C. BALSER, Appellant, v. GEORGE J. GAMMEL and Others, Doing Business under the Assumed Name and Style of the NEW ARIEL THEATRE, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of SALOMEA MIODUCKI, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

CHARLES K. BRYCE, as Executor, etc., of EVELYN C. HUGHES, Deceased, Respondent, v. MERTON S. GIBBS, as Executor, etc., of GEORGE H. HUGHES, Deceased, and LOUIS MORPURGO, Defendants. ETHEL S. WASMUTH, Appellant, v. MERTON S. GIBBS, as Executor, and LOUIS MORPURGO, Defendants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

CHARLES GLAZIER and FLORENCE S. GLAZIER, Respondents, v. MORRIS SINGER, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

JOHN W. DOMBROWSKI, as Administrator, etc., of MARTIN J. DOMBROWSKI, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Motion for stay granted upon filing bond as required by sections 591 and 593 of the Civil Practice Act. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

WARNER J. SUTHERLAND, Respondent, v. KENNETH WILLIAMS, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Application for Summons for the Attendance of Certain Witnesses before a COMMITTEE OF THE COMMON COUNCIL OF THE CITY OF NORTH TONAWANDA, NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 921.] Memorandum: We construe the order in question as a final order in a special proceeding. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.